■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GUY FLEURANT, Appellant. [698 NYS2d 155] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Ferdinand, J.), rendered March 7, 1995, convicting him of murder in the second degree, criminal possession of a weapon in the second degree, and reckless endangerment in the first degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant failed to preserve for appellate review his argument that he did not timely receive certain alleged *Rosario* material (*see, People v Rosario,* 9 NY2d 286) and that, therefore, he is entitled to a new trial (*see, People v Graves,* 85 NY2d 1024; *People v Rogelio,* 79 NY2d 843; *People v Batista,* 233 AD2d 195). In any event, he received the alleged *Rosario* material in sufficient time to make meaningful use of it, and was not substantially prejudiced by the delay (*see, People v Banch,* 80 NY2d 610; *People v Ranghelle,* 69 NY2d 56; *People v Perez,* 65 NY2d 154).

The defendant's remaining contentions are without merit. S. Miller, J. P., O'Brien, Ritter and Florio, JJ., concur.